

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Luis Rey,

Vs. No. 11-17-00208-CR

The State of Texas,

\* From the 70th District Court
 of Ector County
 Trial Court No. A-45,435.

 \* August 15, 2019

\* Memorandum Opinion by Bailey, C.J.
 (Panel consists of: Bailey, C.J.,
 Stretcher, J., and Wright, S.C.J.,
 sitting by assignment)
 (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.